# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See below
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 22-cr-10006-WGY/24-cr-10318-WGY  ☑ Yes ☐ No

**Defendant Information:**

**Defendant Name** Simon Posen   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** Miami, Florida

**Birth date (Yr only):** 1970  **SSN (last 4#):** ___  **Sex:** ___  **Race:** ___  **Nationality:** ___

**Defense Counsel if known:** Robert Sheketoff  **Address:** 857-205-5540

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Ian Stearns / Kaitlin O'Donnell  **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☑ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 2/5/2025   **Signature of AUSA:** /s/ Ian J. Stearns

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Simon Posen

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

SW MJ Numbers: 18-MJ-2528-MBB; 18-MJ-2529-MBB; 18-MJ-2592-2593-MBB; 19-MJ-2172-MBB; 19-MJ-2173-MBB; 19-MJ-2174-MBB; 19-MJ-2175-MBB; 19-MJ-2176-MBB; 19-MJ-2177-MBB; 19-MJ-2178-MBB; 19-MJ-2186-MBB; 19-MJ-2231-MBB; 19-MJ-2232-MBB; 19-MJ-2233-MBB; 19-MJ-2234-MBB; 20-MJ-2034-MBB; 20-MJ-2035-MBB; 20-MJ-2336-MBB; 23-MJ-2009 through 2011-MBB; 23-2058 through 2059-MBB; 24-MJ-2011 through 2018-MBB